SCWC-11-0000089

**Electronically Filed
Supreme Court
SCWC-11-0000089
04-JAN-2013
03:06 PM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DENNIS KAULIA, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000089; CR. NO. 3P7-09-01892)

ORDER OF CORRECTION

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on January 4, 2013 at 8:23 a.m., is corrected as follows:

1. On page 19, footnote 13 is renumbered to footnote 15. On page 20, footnote 14 is renumbered to footnote 16. All footnotes following thereafter are renumbered accordingly.

2. On page 42, footnote 30 (to be renumbered footnote 32), line 3, "note 26" is changed to "note 28."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

An amended opinion of the court will be filed contemporaneously with this order.

DATED: Honolulu, Hawaiʻi, January 4, 2013.

/s/ Mark E. Recktenwald

Alen M. Kaneshiro
for petitioner                    /s/ Paula A. Nakayama

Linda L. Walton                   /s/ Simeon R. Acoba, Jr.
for respondent

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

